JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY McDANIEL, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>CITY OF EL SEGUNDO, a public entity; and DOES 1-10,<br><br>   Defendant. | Case No.: 2:22-cv-01351-JLS-KS<br><br>**ORDER GRANTING STIPULATION TO ARBITRATE AND STAY ACTION PENDING ARBITRATION (DOC. 14)** |

The above-entitled action and all issues arising in connection therewith shall be submitted to final and binding arbitration before Joel Grossman, as agreed upon by Plaintiff Amy McDaniel ("Plaintiff") and Defendant City of El Segundo ("Defendant") (collectively the "Parties") and in accordance with the terms of the Arbitration Agreement between the Parties and the Parties Joint Stipulation to Arbitrate and Stay Action Pending Arbitration. (Doc. 14.)

IT IS HEREBY ORDERED that:

1. The parties' joint stipulation to Arbitrate and Stay the Case is APPROVED and GRANTED;
2. The litigation is STAYED in its entirety pending completion of the arbitration;
3. Within 30 days after the issuance of the arbitrator's decision, counsel SHALL file a joint status report; and
4. The Court hereby retains jurisdiction to confirm the arbitration award and enter judgment for the purpose of enforcement.

**IT IS SO ORDERED.**

Dated: April 15, 2022

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE